|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND**<br><br>**JS-6** |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 10-8886-JFW (FFMx)**                                     Date:  February 21, 2012

Title:     L.A. Printex Industries, Inc. -v- KMart Holding Corp., et al.

**PRESENT:**

    HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| S. Eagle | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                         None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

    Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on July 14, 2011, the parties were ordered to conduct a Settlement Conference on or before November 3, 2011.  The parties were also ordered to file a Pre-Trial Conference Order; Memo of Contentions of Fact and Law; Exhibit List & Exhibit Stipulation; Witness Lists & Summary of Witness Testimony; Status Report re: Settlement; Agreed Upon Set of Jury Instructions & Verdict Forms; and Joint Statement re: Disputed Instructions ("Pre-Trial Documents") by February 9, 2012.  The parties have violated the Court's Order by failing to conduct the required Settlement Conference and failing to file any Pre-Trial Documents.

    As a result of the parties' violations of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.