**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**PRIORITY SEND**

**JS-6**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 10-8886-JFW (FFMx)**                    Date:  February 21, 2012

Title:      L.A. Printex Industries, Inc. *-v-* KMart Holding Corp., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **S. Eagle** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                    None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING ACTION WITHOUT PREJUDICE**
                                                 **FOR FAILURE TO COMPLY WITH COURT ORDER**

       Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on July 14, 2011, the parties were ordered to conduct a Settlement Conference on or before November 3, 2011.  The parties were also ordered to file a Pre-Trial Conference Order; Memo of Contentions of Fact and Law; Exhibit List & Exhibit Stipulation; Witness Lists & Summary of Witness Testimony; Status Report re: Settlement; Agreed Upon Set of Jury Instructions & Verdict Forms; and Joint Statement re: Disputed Instructions ("Pre-Trial Documents") by February 9, 2012.  The parties have violated the Court's Order by failing to conduct the required Settlement Conference and failing to file any Pre-Trial Documents.

       As a result of the parties' violations of the Court's Order, this action is **DISMISSED without prejudice**.  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

       IT IS SO ORDERED.